IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JESSICA MOUNCE, Individually, and On Behalf of All Other Similarly Situated Plaintiffs | **PLAINTIFF** |
| V. | **CASE NO. 5:15-cv-05197-TLB** |
| CHSPSC, LLC, a Delaware Corporation, NORTHWEST ARKANSAS HOSPITALS, LLC, a Delaware Limited Liability Company d/b/a NORTHWEST MEDICAL CENTER; PROFESSIONAL ACCOUNT SERVICES, INC., A Tennessee Corporation | **DEFENDANTS** |

## PROOF OF NOTICE TO CLASS OF FINAL APPROVAL/FAIRNESS HEARING

On this date, September 7, 2018, this Court held a Final Approval/Fairness Hearing. The Court requested that Class Counsel to file this Proof of Notice to Class of Final Approval/Fairness Hearing. Attached hereto as Exhibit 1 is the Long Form Notice, which notified potential class members of the date, time, and location of the Final Approval Hearing. See Exhibit 1, ¶ 12 "When and Where Will the Court Decide to Approve the Settlement?" This Long Form Notice is posted on the claims administration website, www.northwestsettlement.com. The website also features a section for "Important Dates." Attached hereto as Exhibit 2 is the list of important dates, which includes the Final Fairness Hearing.

Respectfully submitted,

By: /s/ Shawn B. Daniels
Shawn B. Daniels, AR Bar No. 99126
Sarah C. Jewell, AR Bar No. 2015169
Daniels Law Firm, PLLC
129 W. Sunbridge Drive
Fayetteville, AR 72703
(479) 521-7000

(479) 437-2007
shawn@danielsfirm.com
sarah@danielsfirm.com

Mitchell L. Burgess – admitted *Pro Hac Vice*
MO Bar No. 47524
Burgess Law Firm, P.C.
4310 Madison, Ste. 100
Kansas City, MO 64111
(816) 471-1700
(816) 471-1701 facsimile
mitch@burgesslawkc.com

Ralph K. Phalen – admitted *Pro Hac Vice*
MO Bar No. 36687
Ralph K. Phalen Law, P.C.
1000 Broadway St., Ste. 4500
Kansas City, MO 64105
(816) 589-0753
(816) 471-1701 facsimile
phalenlaw@yahoo.com

**ATTORNEYS FOR PLAINTIFF AND CLASS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Wright Lindsey & Jennings, LLP
3333 Pinnacle Hills Pkwy, Ste. 510
Rogers, Arkansas 72758
Gordon Rather, grather@wlj.com
Eric Berger, eberger@wlj.com
Gary Marts, Jr., gmarts@wlj.com
Attorneys for Defendants CHSPSC,
Northwest Medical Center and PASI

*/s/ Shawn B. Daniels*
**ATTORNEY FOR PLAINTIFF AND CLASS**